DAVID SHOLTZ, *et al.,* v. STATE, *ex rel.* BEN HUR LIFE ASSOCIATION

165 So. 37.
Division B.
No. 2180.
Opinion Filed December 20, 1935.

PER CURIAM.——This case is a companion case to that of Sholtz, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.* Ben Hur Life Association, a corporation, Defendant in Error (No. 2292) and upon authority of the opinion and judgment this day filed in that case, the judgment herein is affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN, and DAVIS, J. J., concur in the opinion and judgment.